## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-235  (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| NICOLE ROBERSON-ROMOSZ, | |
| Defendant. | |

___

Jeffrey Paulsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Caroline Durham, Assistant Federal Defender**, OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation of the United States Magistrate Judge Jeffrey J. Keyes dated November 10, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that defendant's motion to suppress statements, admissions, and answers [Docket No. 12] is **DENIED**.

DATED: November 25, 2008
at Minneapolis, Minnesota.
                                                                   s/John R. Tunheim
                                                              JOHN R. TUNHEIM
                                                           United States District Judge