**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-235 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| NICOLE ROBERSON-ROMOSZ, | |
| Defendant. | |

_____

Jeffrey Paulsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Caroline Durham, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on the defendant's motion to seal document. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, **IT IS HEREBY ORDERED** that the defendant's motion to seal document [Docket No. 68] is **GRANTED**.

DATED: August 7, 2009  
at Minneapolis, Minnesota                                   _____s/John R. Tunheim_____  
                                                                       JOHN R. TUNHEIM  
                                                                United States District Judge